IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RALPH E. KNAPP**  :  :  **Plaintiff,**  :  :  v.  :  :  **MICHAEL J. ASTRUE,**  :  **Commissioner of Social Security,**  :  :  **Defendant.**  : | **CIVIL ACTION NO. 11-7254** |

## ORDER

**AND NOW**, this 9th day of August 2012, after careful review and independent consideration of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo, to which no objections have been filed, and the Commissioner's Uncontested Motion to Remand, it is hereby **ORDERED** that:

1. The Clerk of Court is directed to remove this action from the suspense docket and return it to the active docket;

2. The Report and Recommendation is **APPROVED and ADOPTED**;

3. The Commissioner's Uncontested Motion to Remand is **GRANTED;**

4. Plaintiff's Request for Review is **DISMISSED AS MOOT**; and

5. The case is **REMANDED** to the Commissioner for further review consistent with the Report and Recommendation, pursuant to the fourth sentence of 42 U.S.C. § 405(g).

It is so **ORDERED**.

.                                                                                              **BY THE COURT:**

                                                                                                /s/ Cynthia M. Rufe

                                                                                                _____
                                                                                                **CYNTHIA M. RUFE, J.**